IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TOMMY BOYLES AND SIERRA**
**ELLIOT**                                                                                          **PLAINTIFF**

**V.**              **CASE NO. 3:21CV00092DPM**

**CITY OF BLYTHEVILLE, ARKANSAS;**
**CHIEF RICKY JEFFERSON, in his official**
**And individual capacity; DUSTIN WARDLOW,**
**In his official and individual capacity; TONY**
**TURNER and MICHELLE L. TURNER**                                    **DEFENDANTS**

### SEPARATE DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

COME NOW, City Defendants herein, by and through counsel, Sara Monaghan, and for their Motion for Extension of Time to File Dispositive Motion, state:

1. Pursuant to the Court's Scheduling Order, the deadline for filing dispositive motions is July 12, 2022.

2. On April 28, 2022, Plaintiffs filed an Intervenor Complaint. [Doc. 17]. On May 1, 2022, Plaintiffs filed a Motion for Leave to File an Amended Complaint and Withdrawal of Intervenor Complaint requesting to add an additional defendant. [Doc. 19]. Subsequently, on May 5, 2022, Plaintiffs filed another Intervenor Complaint. [Doc. 21]. City Defendants filed a response to the Motion for Leave to File Amended Complaint on May 6, 2022. [Doc. 23].

3. The Court has not ruled on Plaintiffs' Motion for Leave to File Amended Complaint to date.

4. As set out in City Defendants' response [Doc. 23], Plaintiffs seek to add an additional defendant well after the deadline to add parties or amend the complaint contained in the

Court's Scheduling Order. Should Plaintiffs' request to amend be granted, City Defendants will be prejudiced by undue delay, as the present claims can likely be resolved on summary judgment.

5.  Therefore, City Defendants are requesting that the dispositive motions deadline be extended beyond July 12, 2022, to give the Court time to enter a ruling and allow City Defendants adequate time to file a dispositive motion.

6.  Pursuant to the Rules of Federal Procedure, undersigned counsel was contacted by email but had not responded at the time of filing.

WHEREFORE, City Defendants respectfully request that the Court grant their Motion for Extension of Time and for all other relief to which they may be entitled.

Respectfully submitted,

By:  Sara Monaghan
SARA MONAGHAN
ABA # 2005276
P.O. Box 38
North Little Rock, AR 72115
TELEPHONE: 501-978-6122
FACSIMILE: 501-537-7262
EMAIL: smonaghan@arml.org