IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TOMMY BOYLES and SIERRA ELLIOT**                        PLAINTIFFS

v.                     No. 3:21-cv-92-DPM

**CITY OF BLYTHEVILLE, ARKANSAS**
**and RICKY JEFFERSON, Chief, In his**
**Official and Individual Capacity**                             DEFENDANTS

**JENNIFER BIVENS**                                          INTERVENOR

### ORDER

Boyles's untimely motion to amend, *Doc. 19*, is granted for good cause. FED. R. CIV. P. 15(a)(2). The proposed amendment is limited to adding an additional plaintiff, Jennifer Bivens, who asserts the same claims against the same defendants as the current plaintiffs. The Court will allow the amendment because the substance of the case will remain largely unchanged. And adding Bivens as a plaintiff in this case promotes judicial economy by avoiding duplicative litigation. The Court therefore authorizes Boyles to file an amended complaint adding Bivens as a plaintiff by 29 July 2022. The embedded request to withdraw Bivens's previously filed intervenor's complaint, *Doc. 17*, is also granted. That complaint is withdrawn.

The Court notes the resulting scheduling issues. The Final Scheduling Order, *Doc 9*, is suspended. The Court will reopen the

discovery period to allow for discovery on Bivens's claims. The City Defendants' motion to extend the dispositive motions deadline, *Doc. 24*, is also granted. That deadline, all the remaining deadlines, and the trial date will be reset as well. An Amended Final Scheduling Order will issue.

 So Ordered.

          _____
          D.P. Marshall Jr.
          United States District Judge

          18 July 2022