IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TOMMY BOYLES; SIERRA ELLIOT
and JENNIFER BIVENS                                                     PLAINTIFFS

v.                          No. 3:21-cv-92-DPM

CITY OF BLYTHEVILLE, ARKANSAS
and RICKY JEFFERSON, Chief, In his
Official and Individual Capacity                                        DEFENDANTS

## JUDGMENT

Elliot's, Boyles's, and Bivens's claims under 42 U.S.C. § 1983 are dismissed with prejudice. Their state-law claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 January 2024